[No. 13747-6-I.   Division One.   May 5, 1986.]

EUGENE A. STOCK, *Respondent*, v. JAN AMUNDSON,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83-2-02603-1, John F. Wilson, J.,
entered August 17, 1983. *Affirmed* by unpublished opinion

per Coleman, J., concurred in by Williams, J., and Holman, J. Pro Tem.